IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WESLEY I. TAYLOR                                                                                          PLAINTIFF

v.                                          Case No. 6:23-cv-06127

JUDGE KARA PETRO; and
SHANE ETHRIDGE, Public Defender                                                             DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Comstock recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to state a cognizable § 1983 claim under 28 U.S.C. § 1915A(b)(1).

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 2nd day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge